Michael R. Bracamontes (SBN 242655)
Ryan J. Vlasak (SBN 241581)
Kristen M. Ross (SBN 250917)
BRACAMONTES & VLASAK, P.C.
220 Montgomery Street, Suite 870
San Francisco, CA 94104
Phone: (415) 835-6777
Fax:    (415) 835-6780

Attorneys for Plaintiff Sevan Araneda

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SEVAN ARANEDA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>SALLIE MAE, INC.,<br><br>　　　　　Defendant. | **CASE NO.:** CV 10-00754 JSW<br><br>**STIPULATION AND ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**<br><br>**(SIGNATURES VIA FACSIMILE)**<br><br>**DATE:**　June 11, 2010<br>**TIME:**　1:30 P.M.<br>**JUDGE:**　Hon. Jeffrey S. White<br><br>**ACTION FILED:** January 19, 2010<br>**TRIAL DATE:**　None Set |

　　　IT IS HEREBY STIPULATED AND AGREED by and among all parties and their counsel that:

1. The Initial Case Management Conference currently scheduled for June 11, 2010, shall be continued to June 18, 2010 at the same time and place as originally noticed. (Plaintiff's counsel is scheduled to be out of town for his brother's graduation.)

///
///
///
///
///

- 1 -
*Araneda v. Sallie Mae, Inc. — Stipulation and Order to Continue Initial Case Management Conference*
*CV 10-00754 JSW*

Dated: 5/26/10

_____
Michael R. Bracamontes, Esq.
Attorney for Plaintiff Sevan Araneda

Dated: May 26, 2010

_____
Miriam Hiser, Esq.
Attorney for Defendant Sallie Mae, Inc.

IT IS SO ORDERED.

Dated: May 27, 2010    By: _____
Hon. Jeffrey S. White

- 2 -
Araneda v. Sallie Mae, Inc. – Stipulation and Order to Continue Initial Case Management Conference
CV 10-00754 JSW