**UNITED STATES DISTRICT COURT**
For the Northern District of California

1

2

3

4

5

6

7            UNITED STATES  DISTRICT COURT

8            Northern District of California

9            San Francisco Division

10

11   SEVAN ARANEDA,                                    No. C 10-0754 JSW
            Plaintiff,

12       v.                                            **ORDER DENYING REQUEST FOR
                                                       DEFENDANT SALLIE MAE, INC.'S**
13   SALLIE MAE, INC., et al.,                         **REPRESENTATIVE TO ATTEND
            Defendants.                                THE MEDIATION**
14   _____/                 **TELEPHONICALLY**

15
                                                       Date:        September 30, 2010
16                                                     Mediator:    Paul Dubow

17

18        IT IS HEREBY ORDERED that the request for defendant Sallie Mae, Inc.'s representative,

19   Zoe Scharff, to be excused from personally attending the September 30, 2010 mediation session

20   before Paul Dubow is DENIED.  The court finds that has Sallie Mae, Inc. has not made adequate

21   showing that Ms. Scharff's personal attendance at the mediation would cause her 'extraordinary or

22   otherwise unjustifiable hardship,' as required by ADR L.R. 6-10(d).  Accordingly, the court

23   DENIES the request and orders Ms. Scharff to attend the mediation in person.

24        IT IS SO ORDERED.

25

26   September 16, 2010              By:          _Elizabeth D. Laporte_____

27   Dated                                         Elizabeth D. Laporte
                                                   United States Magistrate Judge
28